**DISMISS; and Opinion Filed November 12, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00650-CV**

**STARCO IMPEX, INC D/B/A WHOLESALE OUTLET, Appellant**
**V.**
**KATALYST BEVERAGE CORP., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-11012-K**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Lewis

The parties have filed an agreed motion to dismiss the appeal in which they state that all matters in controversy between them have been resolved. Pursuant to the parties' agreement, the Court **GRANTS** the motion and **DISMISSES** the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

120650F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STARCO IMPEX, INC D/B/A
WHOLESALE OUTLET, Appellant

No. 05-12-00650-CV          V.

KATALYST BEVERAGE CORP., Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-11012-K.
Opinion delivered by Justice Lang-Miers,
Justices Francis and Lewis participating.

In accordance with the Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of the appeal.

Judgment entered this 12th day of November, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE